IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARRIE RAPER                                                                           PLAINTIFF

VS.                                             CASE NO. 06-CV-1090

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                        DEFENDANT

## ORDER

  Before the Court is the Report and Recommendation filed on February 13, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 19).  Judge Bryant recommends that the Plaintiff's Attorney's Motion for Award of Attorney's Fees pursuant to 42 U.S.C. § 406(b) be granted.  The parties have not filed any objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Magistrate's Report and Recommendation *in toto*.  Pursuant to 42 U.S.C. § 406(b), the Court hereby approves an attorney's fee award in the amount of $13,627.00 to Plaintiff's counsel.

  IT IS SO ORDERED, this 11th day of March, 2009.

                /s/Harry F. Barnes
                Hon. Harry F. Barnes
                United States District Judge